# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# LYNCHBURG DIVISION

| | |
|---|---|
| **LEAGUE OF WOMEN VOTERS OF VIRGINIA, et al.** | Action No:   6:20cv00024 |
| | Date:   April 29, 2020 |
| **vs.** | Judge:   Norman K. Moon |
| | Court Reporter:   Judy Webb |
| **VIRGINIA STATE BOARD OF ELECTIONS, et al.** | Deputy Clerk:   Arlene Little |

Plaintiff Attorney(s)

Davin M. Rosborough
Eden Heilman

Defendant Attorney(s)

J. Christian Adams
Graven Winslow Craig
Patrick C. Henry, II
Carol L. Lewis
Michelle S. Kallen
Jonathan Lienhard
Heather H. Lockerman
Christopher Marston
Katherine McNight
Michael O'Neill
Patrick Woods

## LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:

1.

DEFENDANT:

1.

PROCEEDINGS:
Parties present by telephone for status conference.

Time in Court:   4:00 p.m. – 4:15 p.m. (15 minutes)