CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
4/29/2020
JULIA C. DUDLEY, CLERK
BY: s/ CARMEN AMOS
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF VIRGINIA, *et al.*, <br> *Plaintiffs*, <br> v. <br><br> VIRGINIA STATE BOARD OF ELECTIONS, *et al.*, <br><br> *Defendants.* | CASE NO. 6:20-CV-00024 <br><br> ORDER <br><br> JUDGE NORMAN K. MOON |

Before the Court is a motion by the Republican Party of Virginia ("RPV"), Vincent E. Falter, Mildred H. Scott, and Thomas N. Turner, Jr. to intervene as defendants in this action pursuant to Rule 24 of the Federal Rules of Civil Procedure. Dkt. 28. For the reasons to be stated in the Court's forthcoming Memorandum Opinion on the matter:

1. The motion with respect to RPV is hereby **GRANTED**; and

2. The motion with respect to Falter, Scott, and Turner is hereby **DENIED**.

   It is so **ORDERED**.

The Clerk of the Court is directed to add RPV as a Defendant to the action, and to send a copy of this Order to all counsel of record.

Entered: This 29th day of April, 2020.

_____
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE