UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Lynchburg Division

| | |
|---|---|
| **LEAGUE OF WOMEN VOTERS OF VIRGINIA; KATHERINE D. CROWLEY; ERIKKA GOFF; and SEIJRA TOOGOOD,**<br><br>Plaintiffs,<br><br>v.<br><br>**VIRGINIA STATE BOARD OF ELECTIONS; ROBERT H. BRINK, JOHN O'BANNON, and JAMILAH D. LECRUISE, in their official capacities as Chairman, Vice-Chair, and Secretary of the Virginia State Board of Elections, respectively; and CHRISTOPHER E. PIPER, in his official capacity as Commissioner of the Virginia Department of Elections,**<br><br>Defendants. | Case No. 6:20-cv-00024-NKM |

**PLAINTIFFS' UNOPPOSED MOTION TO DROP ERIKKA
GOFF AS A PARTY UNDER FED. R. CIV. P. 21**

Plaintiffs League of Women Voters of Virginia, Katherine D. Crowley, Erikka Goff, and Seijra Toogood hereby move this Court under Fed. R. Civ. P. 21 to drop Erikka Goff as a Party and dismiss her claims against Defendants. The grounds for this motion are Ms. Goff's personal life circumstances that have led her to decide to discontinue pursuing her claims as a Plaintiff to this action, as set forth in Plaintiffs' Memorandum in support of this motion, which is filed herewith. Upon entry of an order dropping Ms. Goff as a party, Plaintiffs intend to file an Amended

Complaint with Ms. Goff removed as a Party and her claims removed, as attached hereto as Exhibit A, and in accordance with Fed. R. Civ. P. 15(a)(2).

Dated:  June 15, 2020

*/s/* Vishal Agraharkar
Vishal Agraharkar (VSB #93265)
Eden Heilman (VSB #93554)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF AMERICA, INC.
701 E. Franklin Street, Suite 1412
Richmond, Virginia 23219
Phone: (804) 644-8080
Fax: (804) 649-2733
vagraharkar@acluva.org
eheilman@acluva.org

Davin M. Rosborough (VSB # 85935)
Dale E. Ho*
Sophia Lin Lakin*
Theresa J. Lee*
Adriel I. Cepeda-Derieux*
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Tel.: (212) 549-2500
drosborough@aclu.org
dho@aclu.org
slakin@aclu.org
tlee@aclu.org
acepedaderieux@aclu.org

*Attorneys for Plaintiffs*

*Admitted *pro hac vice*.