CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
7/27/2020
JULIA C. DUDLEY, CLERK
BY: s/ CARMEN AMOS
    DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Lynchburg Division

| | |
|---|---|
| **LEAGUE OF WOMEN VOTERS OF VIRGINIA; KATHERINE D. CROWLEY; SEIJRA TOOGOOD; GAYLE HARDY; CAROL D. PETERSEN; and TRACY SAFRAN,**<br><br>Plaintiffs,<br>v.<br><br>**VIRGINIA STATE BOARD OF ELECTIONS; ROBERT H. BRINK, JOHN O'BANNON, and JAMILAH D. LECRUISE, in their official capacities as Chairman, Vice-Chair, and Secretary of the Virginia State Board of Elections, respectively; and CHRISTOPHER E. PIPER, in his official capacity as Commissioner of the Virginia Department of Elections,**<br><br>Defendants,<br><br>**REPUBLICAN PARTY OF VIRGINIA,**<br><br>Intervenor-Defendant. | Case No.: 6:20-cv-00024-NKM-RSB |

### ORDER GRANTING CONSENT MOTION FOR LEAVE TO FILE BRIEFS IN EXCESS OF TWENTY-FIVE PAGES

Having considered Plaintiffs' Consent Motion for Leave to File Briefs in Excess of Twenty-Five Pages, it is hereby ordered that the Motion is **GRANTED** and the Parties to this case may file principal and responsive briefs in excess of twenty-five (25) pages, not to exceed forty (40) pages, exclusive of captions and tables, in regard to Plaintiffs' forthcoming Motion for Preliminary Injunction.

Entered: July 27, 2020

*Robert S. Ballou*

Robert S. Ballou
United States Magistrate Judge