CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
8/7/2020
JULIA C. DUDLEY, CLERK
BY: s/ A. Little
       DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF VIRGINIA, *et al.*, <br><br> *Plaintiffs,* <br> v. <br><br> VIRGINIA STATE BOARD OF ELECTIONS, *et al.*, <br><br> *Defendants.* | CASE NO. 6:20-cv-00024 <br><br> ORDER <br><br> JUDGE NORMAN K. MOON |

On August 5, 2020, the Plaintiffs League of Women Voters of Virginia, Katherine Crowley, Seijra Toogood, Tracy Safran, Carol Peterson, and Gayle Hardy ("P laintiffs"), along with Defendants Virginia State Board of Elections and, in their official capacities, its Chairman (Robert H. Brink), Vice-Chair (John O'Bannon), and Secretary (Jamilah D. LeCruise), as well as the Commissioner of the Virginia Department of Elections (Christopher E. Piper) ("State Defendants"), filed a joint motion to approve their proposed partial consent decree and judgment, Dkt. 95. In light of this development, Plaintiffs and State Defendants filed a joint motion for expedited briefing on their motion to approve their proposed partial consent decree and judgment. Dkt. 97.

Finding good cause to do so, the Court hereby **GRANTS** the aforementioned parties' joint motion for expedited briefing, Dkt. 97. The below briefing schedule supersedes that which was issued by Order of the Court on August 5, 2020, Dkt. 94.

The Court hereby **ORDERS** the following briefing schedule be strictly adhered to.

**Tuesday, August 11, 2020**

- Briefs in opposition to Plaintiffs' motion for a preliminary injunction, Dkt. 87, including any briefs to be filed by amici, shall be filed by **5:00 PM**.

- Briefs in opposition to the joint motion to approve partial consent decree, Dkt. 95, including any briefs to be filed by amici, shall be filed by **5:00 PM**.

**Thursday, August 13, 2020**

- Plaintiffs and the State Defendants' reply in further support of their motion to approve their proposed partial consent decree, Dkt. 95, shall be filed by **5:00 PM.**

**Friday, August 14, 2020**

- A telephonic hearing shall be held at **10:00 AM**, at which the Court will entertain arguments related to Plaintiffs' motion for a preliminary injunction, Dkt. 87.

- At this hearing, the Court will also entertain arguments related to the Plaintiffs and State Defendants' motion to approve the proposed partial consent decree, Dkt. 95, (*i.e.*, a Fairness Hearing).

**Tuesday, August 18, 2020**

- Plaintiffs' reply in further support of their motion for a preliminary injunction, Dkt. 87, shall be filed by **5:00 PM.**

- All parties to this action, except amici, shall submit a joint findings of facts and conclusions of law—agreed upon to the extent possible. Otherwise, the parties shall submit individual proposed findings of fact and conclusions of law on any disputed issues of fact or law to the Court in relation to Plaintiffs' motion for a preliminary injunction, Dkt. 87, **by 5:00 PM**.

It is so **ORDERED**.

The Clerk of Court is directed to send a certified copy of this Order to all counsel of record.

Entered this \_\_\_7th\_\_\_ day of August, 2020.

*[signature]*
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE