CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
8/21/2020
JULIA C. DUDLEY, CLERK
BY: s/ CARMEN AMOS
       DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF VIRGINIA, *et al.*, <br> *Plaintiffs*, <br> v. <br><br> VIRGINIA STATE BOARD OF ELECTIONS, *et al.*, <br><br> *Defendants*. | CASE NO. 6:20-CV-00024 <br><br> ORDER <br><br> JUDGE NORMAN K. MOON |

Before the Court is the Joint Motion for Entry of Partial Consent Judgment and Decree, Dkt. 95 ("Joint Motion"), submitted by Plaintiffs League of Women Voters of Virginia, Katherine D. Crowley, Tracy Safran, Carol D. Peterson, Gayle Hardy, and Seijra Toogood and Defendants Virginia State Board of Elections and, in their official capacities, its Chairman (Robert H. Brink), Vice-Chair (John O'Bannon), and Secretary (Jamilah D. LeCruise), as well as the Commissioner of the Virginia Department of Elections (Christopher E. Piper) ("State Defendants").

For the reasons set forth in the accompanying Memorandum Opinion, the Court hereby **GRANTS** the Joint Motion, Dkt. 95, and **APPROVES** the proposed Partial Consent Judgment and Decree, Dkt. 95-1, as supplemented by Plaintiffs and State Defendants' Addendum to the Proposed Partial Consent Judgment and Decree, Dkt. 108-1. The proposed Partial Consent Judgment and Decree and the aforementioned addendum shall be attached to, and incorporated in, this Order.

It is so **ORDERED**.

The Clerk of the Court is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to all counsel of record.

Entered this 21st day of August, 2020.

*/s/ Norman K. Moon*
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE