CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
8/21/2020
JULIA C. DUDLEY, CLERK
BY: s/ CARMEN AMOS
      DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Lynchburg Division

| | |
|---|---|
| **LEAGUE OF WOMEN VOTERS OF VIRGINIA; KATHERINE D. CROWLEY; SEIJRA TOOGOOD; GAYLE HARDY; CAROL D. PETERSEN; and TRACY SAFRAN,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**VIRGINIA STATE BOARD OF ELECTIONS; ROBERT H. BRINK, JOHN O'BANNON, and JAMILAH D. LECRUISE, in their official capacities as Chairman, Vice-Chair, and Secretary of the Virginia State Board of Elections, respectively; and CHRISTOPHER E. PIPER, in his official capacity as Commissioner of the Virginia Department of Elections,**<br><br>**Defendants,**<br><br>**REPUBLICAN PARTY OF VIRGINIA,**<br><br>**Intervenor-Defendant.** | Case No. 6:20-cv-00024-NKM-RSB |

## ADDENDUM TO PARTIAL CONSENT JUDGMENT AND DECREE

1. Whereas, in filing their Joint Motion for Entry of a Partial Consent Judgment and Decree (ECF No. 95), Proposed Partial Consent Judgment and Decree (ECF No. 95-1), and Memorandum in Support (ECF No. 96), Plaintiffs and Defendants (collectively, the "Consent Parties"), in referring to the "November 3, 2020 General Election" and the "November Election," intended to include all elections and measures for which Virginia voters are able to cast ballots

with an election date of November 3, 2020, including any special elections, ballot referenda, or other measures appearing on Virginia voters' ballots that are set to that Election Date.

2. Whereas the same justifications for entry of the Proposed Partial Judgment and Consent Decree for the General Election occurring on November 3, 2020, apply with equal force to any other special elections, ballot referenda, and any other measures appearing on a ballot for this election date.

3. Whereas excluding special elections, ballot referenda, and other measures appearing on Virginia voters' ballots in connection with the November 3, 2020 election but including General Election choices would lead to confusion.

4. Whereas the Consent Parties wish to incorporate this Addendum by reference into the Proposed Partial Consent Judgment and Decree (ECF No. 95-1).

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED FOR THE REASONS STATED ABOVE IN PARAGRAPHS 1 to 4 THAT:**

1. The terms "November Election" and "November 3, 2020 General Election," where they appear in the Proposed Partial Consent Judgment and Decree (ECF No. 95-1) shall be deemed to include any elections, including special elections, ballot referenda, or other measures with an election date of November 3, 2020, on which a Virginia voter may cast a ballot.

2. This Addendum is hereby incorporated by reference into the Partial Consent Decree and Judgment entered by the Court as of this same date. All of other terms and conditions of the Partial Consent Decree and Judgment shall remained unchanged.

_____
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE

Dated: ____August 21____, 2020

| | |
|---|---|
| */s/* Davin M. Rosborough<br>Davin M. Rosborough (VSB # 85935)<br>Dale E. Ho*<br>Sophia Lin Lakin*<br>Theresa J. Lee*<br>Adriel I. Cepeda-Derieux*<br>American Civil Liberties Union Foundation<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>Phone: (212) 549-2500<br>drosborough@aclu.org<br>dho@aclu.org<br>slakin@aclu.org<br>tlee@aclu.org<br>acepedaderieux@aclu.org | MARK R. HERRING<br>Attorney General of Virginia<br>By: */s/ Michelle S. Kallen*<br>CAROL L. LEWIS (VSB #92362)<br>MICHELLE S. KALLEN (VSB #93286)<br>HEATHER HAYS LOCKERMAN (VSB #65535)<br>Office of the Attorney General<br>202 North Ninth Street<br>Richmond, Virginia 23219<br>804-692-0558 (telephone)<br>804-692-1647 (facsimile)<br>clewis@oag.state.va.us<br><br>*Attorneys for Robert H. Brink, John O'Bannon, Jamilah D. LeCruise and Christopher E. Piper in their official capacities, and the Virginia State Board of Elections* |
| Vishal Agraharkar (VSB #93265)<br>Eden Heilman (VSB #93554)<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF VIRGINIA<br>701 E. Franklin Street, Suite 1412<br>Richmond, Virginia 23219<br>Phone: (804) 644-8080<br>Fax: (804) 649-2733<br>vagraharkar@acluva.org<br>eheilman@acluva.org | |

*Attorneys for Plaintiffs*

*Admitted Pro Hac Vice

3