**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION**

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF VIRGINIA, *et al.*, | |
| Plaintiffs, | Case No.: 6:20-cv-00024-NKM |
| v. | |
| VIRGINIA STATE BOARD OF ELECTIONS, *et al.*, | |
| Defendants. | |

**[PROPOSED] ORDER**

Upon review of Intervenor Republican Party of Virginia, Inc.'s Motion for an Order to Show Cause Why Defendants Should Not be Held in Contempt, the Memorandum in Support thereof, any opposition thereto, and any oral argument thereon, and for good cause being shown on this ___ day of September, 2020, it is hereby

1) Ordered that the motion is granted;

2) Ordered that Defendants the State Board of Elections and Christopher Piper, Commissioner of the Department of Election are held in Contempt of the Consent Decree;

3) Ordered that Attorney General Mark Herring is held in Contempt of the Consent Decree;

2

4) Ordered that the Virginia Department of Election update its website within 24 hours of the issuance of this Order by placing a prominent notice that a witness signature is not required on absentee ballots;

5) Ordered that the Virginia Department of Elections use social media to advise members of the public of the removal of the witness signature requirement;

6) Ordered that the Virginia Department of Elections issue clear guidance to all city and county election officials regarding the witness signature requirement.

_____

The Honorable Norman K. Moon
*United States District Court Judge*

C:\Users\tstanley\Desktop\Proposed Order.9.25.20.docx
C:\Users\tstanley\Desktop\New folder (2)\Proposed Order.Final.docx